**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **NICOLE LYNNE WIESEN** | ) | CASE NO. **22-53216-PWB** |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Amended Schedules upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

**Nicole Lynne Wiesen** (via hand delivery)
1514 E Bank Dr,
Marietta, Georgia 30068

*[See attached Creditor Mailing Matrix]*

I further certify that, by agreement of parties, K. Edward Safir, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

Dated: July 19, 2022

/s/
Willie B. Smith
GA Bar No.: 507412
The Semrad Law Firm, LLC
Sterling Point II
235 Peachtree St. NE, Suite 300
Atlanta, Georgia 30346
(678) 668-7165
**Attorney for the Debtor**

```
Label Matrix for local noticing          AT&T CORP                                Aa/Cbna
113E-1                                   %AT&T Services, Inc.                     PO BOX 6497
Case 22-53216-pwb                        Karen A Cavagnaro - Lead Paralegal       SIOUX FALLS, SD 57117-6497
Northern District of Georgia             One AT&T Way, Room 3A104
Atlanta                                  BEDMINSTER, NJ 07921-2693
Tue Jul 19 15:22:29 EDT 2022

Affirm Inc                               Amer Fst Fin                             American First Finance, LLC
2828 N Clark St # 426                    P.O. Box 565848                          c/o Becket and Lee LLP
Chicago, IL 60657-8140                   Dallas, TX 75356-5848                    PO Box 3002
                                                                                  Malvern PA 19355-0702


Amex                                     Bridgecrest                              Bridgecrest Acceptance Corporation
PO box 981540                            P.O. Box 53087                           AIS Portfolio Services, LP
El Paso, TX 79998-1540                   Phoenix, AZ 85072-3087                   4515 N Santa Fe Ave. Dept. APS
                                                                                  Oklahoma City, OK 73118-7901


Capital One                              Carvana, LLC                             Carvana, LLC
P O Box 30253                            4515 N Santa Fe Ave. Dept. APS           Bridgecrest Credit Company, LLC
Salt Lake City, UT 84130-0253            Oklahoma City, OK 73118-7901             c/o AIS Portfolio Services, LP
                                                                                  4515 N. Santa Fe Ave. Dept. APS
                                                                                  Oklahoma City,OK 73118-7901


Citibank                                 Crawford, Gaye                           Credit One Bank Na
PO Box 6500                              1514 E Bank Drive                        P.O. Box 98875
Sioux Falls, SD 57117-6500               Marietta, GA 30068-1806                  Las Vegas, NV 89193-8875


Department Of Justice, Tax Division      Deptednelnet                             (p)DISCOVER FINANCIAL SERVICES LLC
75 Ted Turner Drive Sw                   P.O. Box 740283                          PO BOX 3025
Civil Trial Section, Southern            Atlanta, GA 30374-0283                   NEW ALBANY OH 43054-3025
Atlanta, GA 30303-3315


Discover Student Loans                   Fed Loan Serv                            Georgia Child Support Enforcement
PO Box 30925                             PO Box 60610                             1526 East Forrest Avenue
Salt Lake City, UT 84130-0925            Harrisburg, PA 17106-0610                Suite 300
                                                                                  Atlanta, GA 30344-6986


(p)GEORGIA DEPARTMENT OF REVENUE         Sonya Buckley Gordon                     Internal Revenue Service
COMPLIANCE DIVISION                      K. Edward Safir, Standing Chapter 13 Tru P.O. Box 7346
ARCS BANKRUPTCY                          Suite 1600                               Philadelphia, PA 19101-7346
1800 CENTURY BLVD NE SUITE 9100          285 Peachtree Center Ave, NE
ATLANTA GA 30345-3202                    Atlanta, GA 30303-1229


Internal Revenue Service - Atl           KIKOFF LENDING LLC                       Kupferman & Golden, Attorneys at Law
401 West Peachtree St NW Room 1665       75 BROADWAY STE 226                      One Securities Centre, Suite 300
ATTN: Ella Johnson, M/S 334-D            SAN FRANCISCO, CA 94111-1458             3490 Piedmont Road
Atlanta, GA 30308                                                                 Atlanta, GA 30305-1743


LVNV Funding, LLC                        Philip William Lehman                    Navient
Resurgent Capital Services               The Semrad Law Firm, LLC                 PO Box 9640
PO Box 10587                             Suite 300                                Wilkes Barre, PA 18773-9640
Greenville, SC 29603-0587                235 Peachtree Street NE
                                         Atlanta, GA 30303-1404
```

```
Office Of The United States Trustee      (p)OFFICE OF THE ATTORNEY GENERAL OF GEORGIA      (p)PORTFOLIO RECOVERY ASSOCIATES LLC
75 Ted Turner Dr Sw                      BUSINESS AND FINANCE BANKRUPTCY                    PO BOX 41067
Atlanta, GA 30303-3315                   40 CAPITOL SQUARE SW                               NORFOLK VA 23541-1067
                                         ATLANTA GA 30334-9057


Quantum3 Group LLC as agent for MOMA Funding   (p)REPUBLIC FINANCE LLC            Philip L. Rubin
PO Box 788                                     282 TOWER RD                       Lefkoff Rubin Gleason Russo Williams PC
Kirkland, WA 98083-0788                        PONCHATOULA LA 70454-8318          Suite 900
                                                                                  5555 Glenridge Connector
                                                                                  Atlanta, GA 30342-4762


K. Edward Safir                          Special Assistant U.S. Attorney          Syncb/Gap
Standing Chapter 13 Trustee              401 W. Peachtree Street, NW, STOP 1000-D 4125 Windward Plaza
Suite 1600                               Atlanta, GA 30308                        Alpharetta, GA 30005-8738
285 Peachtree Center Ave. NE
Atlanta, GA 30303-1259


Truist Bank                              U.S. Department of Education             United States Attorney
Attn: Support Services                   c/o FedLoan Servicing                    Northern District of Georgia
PO Box 85092, 306-40-06-10               P.O. Box 69184                           75 Ted Turner Drive SW, Suite 600
Richmond, VA 23285-5092                  Harrisburg, PA 17106-9184                Atlanta GA 30303-3309


Us Dep Ed                                Nicole Lynne Wiesen                      Wiesen, Eric
PO Box 8937                              1514 E Bank Dr                           1349 Christmas Lane
Madison, WI 53708-8937                   Marietta, GA 30068-1806                  Atlanta, GA 30329-3507
```

             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Discover Financial Ser                   Georgia Department Of Revenue            Office of the Attorney General - Atl
PO BOX 30954                             1800 Century Blvd. NE                    40 Capitol Sq Sw
SALT LAKE CITY, UT 84130                 Suite 9100                               Attn: Karrollanne K. Cayce
                                         Atlanta, GA 30345                        Atlanta, GA 30334


Portfolio Recovery Associates, LLC       Republic Finance                         (d)Republic Finance, LLC
POB 41067                                4450 Hugh Howell Rd Ste 15               282 Tower Rd.
Norfolk, VA 23541                        Tucker, GA 30084                         Ponchatoula, LA  70454
```

End of Label Matrix
Mailable recipients    44
Bypassed recipients     0
Total                  44