## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

| | |
|---|---|
| In Re: Debtor(s)<br>**Nicole Lynne Wiesen**<br>1514 E Bank Dr<br>Marietta, GA 30068<br><br>**xxx−xx−3493** | Case No.: **22−53216−pwb**<br>Chapter: **13**<br>Judge: **Paul W. Bonapfel** |

## ORDER OF DISMISSAL

The Chapter 13 Trustee's objection(s) to confirmation came before the Court and

After hearing and for good cause shown, confirmation is denied, and

**IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within fourteen (14) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.

_____

Paul W. Bonapfel
United States Bankruptcy Judge

Dated: August 24, 2022

Form 155

United States Bankruptcy Court

Northern District of Georgia

In re:  Case No. 22-53216-pwb

Nicole Lynne Wiesen  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9  User: bncadmin  Page 1 of 3
Date Rcvd: Aug 24, 2022  Form ID: 155  Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole Lynne Wiesen, 1514 E Bank Dr, Marietta, GA 30068-1806 |
| 23828560 | + | Affirm Inc, 2828 N Clark St # 426, Chicago, IL 60657-8140 |
| 23828576 | + | Crawford, Gaye, 1514 E Bank Drive, Marietta, GA 30068-1806 |
| 23828565 | + | Deptednelnet, P.O. Box 740283, Atlanta, GA 30374-0283 |
| 23938757 | + | Division of Child Support Services, 2910 Miller Road, Suite 100, Decatur, GA 30035-4264 |
| 23828575 | + | Georgia Child Support Enforcement, 1526 East Forrest Avenue, Suite 300, Atlanta, GA 30344-6986 |
| 23828573 | + | Kupferman & Golden, Attorneys at Law, One Securities Centre, Suite 300, 3490 Piedmont Road, Atlanta, GA 30305-1743 |
| 23938756 | + | Ladonya M. Horton, 2910 Miller Road, Suite 100, Decatur, GA 30035-4264 |
| 23828564 | + | Us Dep Ed, PO Box 8937, Madison, WI 53708-8937 |
| 23828570 | + | Wiesen, Eric, 1349 Christmas Lane, Atlanta, GA 30329-3507 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Aug 25 2022 00:19:00 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Aug 25 2022 00:19:00 | Carvana, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23884500 | + | EDI: ATTWIREBK.COM | Aug 25 2022 00:18:00 | AT&T CORP, %AT&T Services, Inc., Karen A Cavagnaro - Lead Paralegal, One AT&T Way, Room 3A104, BEDMINSTER, NJ 07921-2693 |
| 23828568 | + | EDI: CITICORP.COM | Aug 25 2022 00:18:00 | Aa/Cbna, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 23828561 | | Email/PDF: bncnotices@becket-lee.com | Aug 24 2022 20:36:19 | Amer Fst Fin, P.O. Box 565848, Dallas, TX 75356-5848 |
| 23873188 | | Email/PDF: bncnotices@becket-lee.com | Aug 24 2022 20:37:16 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 23828569 | + | Email/PDF: bncnotices@becket-lee.com | Aug 24 2022 20:36:53 | Amex, PO box 981540, El Paso, TX 79998-1540 |
| 23828574 | + | Email/Text: rm-bknotices@bridgecrest.com | Aug 24 2022 20:34:00 | Bridgecrest, P.O. Box 53087, Phoenix, AZ 85072-3087 |
| 23828562 | + | EDI: CAPITALONE.COM | Aug 25 2022 00:18:00 | Capital One, P O Box 30253, Salt Lake City, UT 84130-0253 |
| 23884284 | + | EDI: AISACG.COM | Aug 25 2022 00:19:00 | Carvana, LLC, Bridgecrest Credit Company, LLC, c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City,OK 73118-7901 |
| 23828556 | + | EDI: CITICORP.COM | Aug 25 2022 00:18:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 23828559 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

| District/off: 113E-9 | User: bncadmin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 24, 2022 | Form ID: 155 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 24 2022 20:37:15 | Credit One Bank Na, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 23828558 | | EDI: DISCOVER.COM | Aug 25 2022 00:18:00 | Discover Financial Ser, PO BOX 30954, SALT LAKE CITY, UT 84130 |
| 23828552 | + | Email/Text: TAX-CTS-Southern.BankruptcyMail@usdoj.gov | Aug 24 2022 20:33:00 | Department Of Justice, Tax Division, 75 Ted Turner Drive Sw, Civil Trial Section, Southern, Atlanta, GA 30303-3315 |
| 23844538 | + | EDI: DISCOVERSL.COM | Aug 25 2022 00:18:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 23828555 | + | Email/Text: bncnotifications@pheaa.org | Aug 24 2022 20:33:00 | Fed Loan Serv, PO Box 60610, Harrisburg, PA 17106-0610 |
| 23828572 | | EDI: GADEPTOFREV.COM | Aug 25 2022 00:18:00 | Georgia Department Of Revenue, 1800 Century Blvd. NE, Suite 9100, Atlanta, GA 30345 |
| 23828571 | + | EDI: IRS.COM | Aug 25 2022 00:18:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 23828563 | + | Email/Text: bankruptcy@kikoff.com | Aug 24 2022 20:33:00 | KIKOFF LENDING LLC, 75 BROADWAY STE 226, SAN FRANCISCO, CA 94111-1458 |
| 23882844 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 24 2022 20:36:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 23828567 | + | EDI: NAVIENTFKASMSERV.COM | Aug 25 2022 00:18:00 | Navient, PO Box 9640, Wilkes Barre, PA 18773-9640 |
| 23828554 | | Email/Text: bankruptcy@law.ga.gov | Aug 24 2022 20:33:00 | Office of the Attorney General - Atl, 40 Capitol Sq Sw, Attn: Karrollanne K. Cayce, Atlanta, GA 30334 |
| 23828553 | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Aug 24 2022 20:34:00 | Office Of The United States Trustee, 75 Ted Turner Dr Sw, Atlanta, GA 30303-3315 |
| 23858208 | | EDI: PRA.COM | Aug 25 2022 00:18:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 23848612 | | EDI: Q3G.COM | Aug 25 2022 00:18:00 | Quantum3 Group LLC as agent for MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 23828557 | | Email/Text: bankruptcy@republicfinance.com | Aug 24 2022 20:34:00 | Republic Finance, 4450 Hugh Howell Rd Ste 15, Tucker, GA 30084 |
| 23854050 | | Email/Text: bankruptcy@republicfinance.com | Aug 24 2022 20:34:00 | Republic Finance, LLC, 282 Tower Rd., Ponchatoula, LA 70454 |
| 23828551 | ^ | MEBN | Aug 24 2022 20:28:57 | Special Assistant U.S. Attorney, 401 W. Peachtree Street, NW, STOP 1000-D, Atlanta, GA 30308 |
| 23828566 | + | EDI: RMSC.COM | Aug 25 2022 00:18:00 | Syncb/Gap, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 23874337 | + | Email/Text: bankruptcy@bbandt.com | Aug 24 2022 20:34:00 | Truist Bank, Attn: Support Services, PO Box 85092, 306-40-06-10, Richmond, VA 23285-5092 |
| 23852933 | | Email/Text: bncnotifications@pheaa.org | Aug 24 2022 20:33:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 23829424 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Aug 24 2022 20:34:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 113E-9 | User: bncadmin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 24, 2022 | Form ID: 155 | Total Noticed: 42 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23873189 | * | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 23828550 | * | Internal Revenue Service - Atl, 401 West Peachtree St NW Room 1665, ATTN: Ella Johnson, M/S 334-D, Atlanta, GA 30308 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| K. Edward Safir | courtdailysummary@atlch13tt.com |
| Philip L. Rubin | on behalf of Creditor Carvana  LLC prubin@lrglaw.com |
| Philip William Lehman | on behalf of Debtor Nicole Lynne Wiesen plehman@semradlaw.com  ganb.courtview@SLFCourtview.com |
| Sonya Buckley Gordon | on behalf of Trustee K. Edward Safir courtdailysummary@atlch13tt.com |
| Willie Bruce Smith | on behalf of Debtor Nicole Lynne Wiesen WBSmith@semradlaw.com  ganb.courtview@SLFCourtview.com |

TOTAL: 5